Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00494-CV

**IN THE INTEREST OF J.R.**, J.A.R., and D.D.R.

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-PA-02701
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:        Karen Angelini, Justice
                    Sandee Bryan Marion, Justice
                    Phylis J. Speedlin, Justice

Delivered and Filed:   January 14, 2009

DISMISSED FOR WANT OF PROSECUTION

This is an accelerated appeal from a judgment terminating Appellant Jose R.'s parental rights. The trial court has found that Jose R. is not indigent and that his appellate points are frivolous. *See* TEX. FAM. CODE ANN. § 263.405(b) (requiring a party intending to appeal a final termination order to file a statement of appellate points in the trial court); *id.* § 263.405(d)(2)-(3) (requiring the trial court to hold a hearing and determine whether appellant is indigent and whether the appeal is frivolous). On November 6, 2008, we ordered Jose R. to file, not later than November 26, 2008, a brief on the issues of whether he is indigent and whether the appeal is frivolous. *See id.* § 263.405(g). Neither the brief nor a motion for extension of time was filed. Therefore, on December 11, 2008, we ordered Jose R. to file, on or before December 22, 2008, his appellant's brief and a written response

reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. We warned that if Jose R. failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Despite our warning, neither the brief nor a written explanation was filed. Therefore, we dismiss this appeal for want of prosecution.

PER CURIAM